```
                                              FILED
                                    CLERK, U.S. DISTRICT COURT

                                         Jun 23, 2015

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY:      PMC        DEPUTY
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY, | Case: 2:15-CV-00100-SVW-E |
| Plaintiff, | **ORDER** |
| v. | |
| RONALD SMOTHERS, in his individual and representative capacity as trustee of the Ronald Smothers Trust; FASTAURANTS, INC., a California Corporation; and Does 1-10, | **JS-6** |
| Defendants. | |

### ORDER

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: June 23, 2015

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT COURT JUDGE

1